**Order entered July 3, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00803-CV

### IN THE INTEREST OF A.M.G., I.V.G. AND E.G., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-17718**

## ORDER

We **GRANT** the July 1, 2014 extension request of court reporter Shantel Beheler and

**ORDER** the reporter's record be filed no later than July 10, 2014.

/s/     ELIZABETH LANG-MIERS
            JUSTICE